UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE NO: 04-126-EGS-6

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLOS ALBERTO RENTERIA-MANTILLA,

      Defendant.

_____//

## MOTION TO STRIKE AND SHOW CAUSE

COMES NOW, the Defendant, Carlos Alberto Renteria-Mantilla, by and through his undersigned counsel, and respectfully files this his Motion to Strike and Show Cause why Alan Soven should not be held in contempt of this Court for the Notice of Appearance filed by Attorney Alan Soven and in support of this motion would show unto this Court as follows:

1.    Attorney Alan Soven filed a Notice of Appearance as attorney of record on behalf of the Defendant on August 31, 2010 as Docket Entry 85.

2.    Without authorization, Attorney Alan Soven and an individual by the name of Carlos Tarafa, visited the Defendant while he was being held at CTF Branch of the DC Jail on August 10, 2010 offering his services as attorney

knowing full well that Mr. Renteria was already represented by counsel and without requesting permission from the undersigned to interview the Defendant.

3.    The Defendant disclosed this unauthorized visit to the undersigned. The undersigned asked the Defendant whether he wished for Mr. Soven to represent the Defendant and the Defendant advised that he did not wish for Mr. Soven to represent him.

4.    The undersigned counsel has obtained a license from OFAC in order to receive attorneys' fees on behalf of Mr. Renteria as his attorney. Mr. Soven has not been authorized by the Defendant to have an OFAC license to receive attorneys' fees for the representation of the Defendant.

5.    On August 26, 2010 the undersigned attempted to contact Mr. Soven to advise him that the Defendant did not want him to interfere in the defense of this case. Mr. Soven was not in his office and the undersigned left explicit details with Mr. Soven's Assistant that the Defendant did not wish to retain his services.

6.    On August 31, 2010, knowing full well that neither the Defendant nor his family wished for Mr. Soven to interfere with the defense on this case, Mr. Soven unauthorizedly, illegally, unethically and immorally filed his Notice of Appearance as attorney of record for the Defendant.

7.    At the time that Mr. Soven filed his Notice of Appearance, the undersigned once again consulted with the Defendant and his family and they

reiterated that they were very upset and did not wish for Mr. Soven to represent the

Defendant. Supporting Affidavits will be filed supplementing this motion.


        WHEREFORE, the Defendant respectfully requests this honorable court to

set a hearing to show cause why Attorney Alan Soven should not be held in

contempt of Court and for an order to strike Alan Soven's Notice of Appearance.



                        CERTIFICATE OF SERVICE


   **I HEREBY CERTIFY** that on this 1st day of September 2010 a true and

correct copy of the foregoing was electronically filed using the CM/ECF electronic

filing system.



                        Respectfully submitted,



                        **LAW OFFICES OF VICTOR E. ROCHA, P.A.**
                        2921 S.W. 27th Avenue
                        Miami, Florida, 33133
                        Telephone: (305) 774-111
                        Facsimile:  (305) 567-2334
                        Email: vicrocha@comcast.net


                            */s/ Victor E. Rocha*
                        By:_____
                            Victor E. Rocha, Esq.
                            DC Bar Number:  99368